**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**STEVEN CONNELL,** *individually and on behalf of all similarly situated employees,*

    Plaintiffs,

v.

**APEX SYSTEMS, LLC,**

    Defendant.

Civil Action No. 3:19-cv-00299

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION

Plaintiff Steven Connell and the Opt-in Plaintiffs ("Plaintiffs") and Defendant Apex Systems, LLC ("Defendant") (collectively "the Parties"), hereby move for approval of their settlement under the Fair Labor Standards Act, 29 U.S.C. § 216(b). This motion is based upon all of the files, records and proceedings herein, and upon the Parties' Memorandum of Law in Support of their Joint Motion for Approval.

Dated: February 28, 2020

Respectfully submitted,

/s/ William C. Tucker
William C. Tucker (VSB No. 40754)
Tucker Law Firm, PLC
690 Berkmar Circle
Charlottesville, Virginia 22901
Telephone: (833) 388-2537
bill.tucker@tuckerlawplc.com

Benjamin L. Davis, III (29774)*
Kelly A. Burgy (20758)*
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700

/s/ Laura D. Windsor
Laura D. Windsor (VSB No. 70354)
Amanda M. Weaver (VSB No. 86782)
Williams Mullen, P.C.
200 South 10th Street, Suite 1600
Richmond, Virginia 23218
Telephone: (804) 420-6226
lwindsor@williamsmullen.com
aweaver@williamsmullen.com

*Attorneys for Defendant*

Baltimore, Maryland 21201
bdavis@nicholllaw.com
kaburgy@nicholllaw.com
* *Admitted pro hac vice*

*Attorneys for Plaintiffs*