**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**STEVEN CONNELL,** *individually and on behalf of all similarly situated employees,*

        Plaintiffs,

v.

**APEX SYSTEMS, LLC,**

        Defendant.

Civil Action No. 3:19-cv-00299

## ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

This CAUSE is before the Court upon the Joint Motion for Judicial Approval of Settlement filed by Plaintiff Steven Connell and the Opt-in Plaintiffs ("Plaintiffs") and Defendant Apex Systems, LLC ("Defendant") [ECF No. 141], seeking approval of the settlement and dismissal of this case, which was filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 291 *et seq*. The Court held a hearing on the motion on May 18, 2020. For the reasons stated at the hearing, the Court hereby GRANTS the Motion [ECF No. 141] and APPROVES the settlement between Plaintiffs and Defendant (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Settlement Agreement [ECF No. 142-1] represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court. *See Lomascolo v. Parsons Brinckerhoff, Inc.*, 2009 WL 3094955 (E.D. Va. Sept. 28, 2009) (citing *Lynn's Food Stores v. U.S.*, 679 F.2d 1350 (11th Cir. 1982)); *Brockman v. Keystone Newport News, LLC*, 2018 WL 4956514 (E.D. Va. Oct. 12, 2018).

2. The settlement was the product of arms' length negotiations between Counsel for the Parties, all of whom are experienced in the field of FLSA litigation.

3. The attorneys' fees and costs to be paid under the Settlement Agreement are separately stated, and Counsel have provided sufficient information and evidence to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. *See Robinson v. Equifax Information Services, LLC*, 560 F.3d 235 (4th Cir. 2009).

WHEREFORE, having reviewed the Motion, the Memorandum in Support thereof, the Settlement Agreement, the record in this case, and the applicable law, the Court FINDS that settlement of this action is appropriate and thus it is **ORDERED** as follows:

1. The Joint Motion [ECF No. 141] be and is hereby **GRANTED.**

2. The Settlement Agreement attached to the Motion [ECF No. 142-1] is **APPROVED.**

3. The Court **APPOINTS** William Tucker, of Tucker Law Firm PLC, and Benjamin Davis III and Kelly Burgy, of the Offices of Peter T. Nicholl, as class counsel for settlement purposes.

4. The Court **APPROVES** RG2 Claims as Settlement Administrator in this case.

5. The Parties shall bear their own costs and fees except as provided for in the Settlement Agreement.

6. The Court retains jurisdiction to enforce the Settlement Agreement.

7. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**.

8. The above-styled case is **DISMISSED WITH PREJUDICE**.

9. The Clerk of Court is directed to **CLOSE** this case.

                                              /s/
                                     John A. Gibney, Jr.
                                     United States District Judge

18 May 2020
Date                                        The Honorable John A. Gibney, Jr.
                                       United States District Court Judge